IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARRETT AUSTIN FAXON,
INMATE # 02010311
      Plaintiff,

vs.                                 Case No.: 3:13cv482/LAC/EMT

WENDELL HALL, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). On October 31, 2013, this court entered an order giving Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $7.08 (doc. 8). Plaintiff failed to respond to the order; therefore, on December 17, 2013, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 10).[1] The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to respond to the order to show cause, pay the initial partial filing fee, or otherwise respond.

      Accordingly, it is respectfully **RECOMMENDED**:

      That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      At Pensacola, Florida, this 22nd day of January 2014.

                        /s/ *Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] The docket reflects that on December 24, 2013, the order to show cause was returned as undeliverable, with the notation "no longer at this address" (doc. 11).

## <u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).